IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTT ASA HINKELMAN,

    Plaintiff,

v.                                                                                          4:21cv90-WS/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, and MARK S.
INCH, SECRETARY,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 12) docketed May 25, 2021. The magistrate judge recommends that this case be dismissed for failure to prosecute and to comply with a court order.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 12) is adopted and incorporated by reference in this order of the court.

2. The plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute and to comply with a court order.

3. The clerk is directed to enter judgment stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this     24th     day of    June   , 2021.


                                     s/ William Stafford
                                     WILLIAM STAFFORD
                                     SENIOR UNITED STATES DISTRICT JUDGE